





ore-16180#more-16180#more-16180 - Windows Internet Explorer
http://abovethelaw.com/2010/05/rape-potpourri/#more-16180
vorites | Facebook | Meanith Huon | #more-16180#more-16...

I think Breaking Media executive editor Matt Creamer said it best: "Somewhere, Joe Theismann is smiling."

The little boy inside of me (I'm referring to my inner child, not my lunch) can't believe that the man who revolutionized the linebacker position could rape a little girl. I'm locked into my childhood memories right now, because the part of me that is a rational adult is currently puking his guts out in the bathroom. A 15-year-old girl? If the allegations are true, one can only hope that LT experiences the business end of a true giant in the penitentiary.

Here at ATL, we're your one-stop shop for breaking rape coverage. We cover the rape allegations of the rich and famous, as well as any alleged attorney rapists near you...

Our next story from the files of the wanton and depraved is a little more in our wheelhouse. A St. Louis-area lawyer came up with an excellent little game to meet women. Meanith Huon allegedly listed Craigslist ads where he claimed to be a talent scout for models.

So far, so good. I once pretended to be an Ostrich rancher from sub-Saharan Africa because I was trying to impress bubble gum princesses at a BU party. But Huon's potentially harmless lies allegedly turned dastardly, pretty quickly:

> The victim said she responded to a Craigslist ad posted by Huon in late June, seeking promotional models, sending her resume, her phone number and two pictures of herself...

04 May 2010 at 10:20 AM

**Lexis Nexis: Tap Into Your Proven Work Product with ONE Click**

By ABOVE THE LAW

LexisNexis

**THE GOOD NEWS:**
You identified a successful motion in your firm that could help your case.

**THE BAD NEWS:**
It only took you 7 e-mails, 4 phone calls and 3 days.

At last, a better way to tap into the proven power of your firm's best thinking—**Lexis® Search Advantage**

That court-tested motion ... That precise, on-point contract provision ... The proven work product that could save untold hours of research or drafting time ... It's out there somewhere. Lost on disconnected drives or far-flung servers—unresponsive to your most pointed document management system searches.

**Find it *fast* with Lexis Search Advantage.**

A powerful firm-wide search solution, Lexis Search Advantage lets you harness the proven power of your firm's best thinking, the LexisNexis content you trust—

#more-16180#more... | 5.6.10b - Paint | Yahoo! Search | 8:03

ore-16180#more-16180#more-16180 - Windows Internet Explorer

http://abovethelaw.com/2010/05/rape-potpourri/#more-16180

vorites | Facebook | Meanith Huon | #more-16180#more-16...

trying to impress bubble gum princesses at a BU party. But Huon's potentially harmless lies allegedly turned dastardly, pretty quickly:

> The victim said she responded to a Craigslist ad posted by Huon in late June, seeking promotional models, sending her resume, her phone number and two pictures of herself...
>
> The two agreed to meet at the downtown St. Louis bar Paddy O's, the victim testified.
>
> But the next day, the victim was running late and called Huon. He told her to meet him at another bar, but when she got there, he told her the other promotional models left, and so he was going to interview her, the victim said.

And this, people, is why God invented Google. Had the victim Googled Huon, she would have found stories like this, from the Madison County Record:

> A Chicago attorney who was posing as a supervisor for a company that sets up promotions for alcohol sales at area bars was charged in Madison County July 2, with two counts of criminal sexual assault, two counts of criminal sexual abuse and one count of unlawful restraint.

flung servers—unresponsive to your most pointed document management system searches.

**Find it *fast* with Lexis Search Advantage.**

A powerful firm-wide search solution, Lexis Search Advantage lets you harness the proven power of your firm's best thinking, the LexisNexis content you trust—even the open web—with unmatched ease and speed.

Integrating easily with best-of-breed enterprise search engines—Including *Vivisimo®, FAST® enterprise search from Microsoft®, Autonomy* and *Recommind®*—Lexis Search Advantage helps you:

- Save time and money by beginning research with superior work product–winning briefs, motions and more
- Get the most from technologies already in place in your organization
- Make sure key documents are still based on good law with integrated Shepard's® Citations service, case law links and other key content
- Ensure the delivery of you firm's highest quality legal service--quickly, confidently and cost-efficiently

#more-16180#more... | 5.6.10c - Paint | Yahoo! Search | 8:04

ore-16180#more-16180#more-16180 - Windows Internet Explorer
http://abovethelaw.com/2010/05/rape-potpourri/#more-16180
vorites | Facebook | Meanith Huon | #more-16180#more-16...
Page

And this, people, is why God invented Google. Had the victim Googled Huon, she would have found stories like this, from the Madison County Record:

> A Chicago attorney who was posing as a supervisor for a company that sets up promotions for alcohol sales at area bars was charged in Madison County July 2, with two counts of criminal sexual assault, two counts of criminal sexual abuse and one count of unlawful restraint.
>
> Meanith Huon, 38, of 3038 S Canal St. in Chicago, was arrested by the Chicago Police Department on July 1, and was transferred to Madison County the next day.

Or she might have come across this link, at Lawyer Gossip:

> Lawyer, Meanith Huon, 39, who was originally charged with criminal sexual assault, sexual abuse and unlawful restraint is now facing charges of harassment and cyber stalking!

superior work product—winning briefs, motions and more

Get the most from technologies already in place in your organization

Make sure key documents are still based on good law with integrated Shepard's® Citations service, case law links and other key content

Ensure the delivery of you firm's highest quality legal service–quickly, confidently and cost-efficiently

Find out how your firm can best leverage its proven work product. Remember, firms capitalizing on their best thinking deliver greater value for their clients.

Take a fast paced 2-minute tour here.

or

Request more information and a LexisNexis representative will contact you.

03 May 2010 at 1:20 PM

**The Asia Chronicles: SYDNEY, AUSTRALIA AND ASIA U.S.**

#more-16180#more... | 5.6.10d - Paint | Yahoo! Search

ore-16180#more-16180#more-16180 - Windows Internet Explorer

http://abovethelaw.com/2010/05/rape-potpourri/#more-16180

vorites | Facebook | Meanith Huon | #more-16180#more-16...

Or she might have come across this link, at Lawyer Gossip:

> Lawyer, Meanith Huon, 39, who was originally charged with criminal sexual assault, sexual abuse and unlawful restraint is now facing charges of harassment and cyber stalking!

Of course, women shouldn't have to assume that every guy they meet is a potential rapist. But apparently there are a lot of depraved dudes walking around out there that are potential rapists.

In any event:

> Huon and the woman went to a couple of bars near Busch Stadium, then to a Laclede's Landing bar before Huon asked the victim if she wanted to go to Pop's in Sauget to meet the other models.
>
> The woman agreed, but told Huon she didn't have enough gas in her car, so she went with him, she said.

This is gonna end badly.

or

Request more information and a LexisNexis representative will contact you.

03 May 2010 at 1:20 PM

**The Asia Chronicles: SYDNEY, AUSTRALIA AND ASIA U.S. ASSOCIATE OPENINGS**

By KINNEY RECRUITING

KINNEYRECRUITING Asia Chronicles

[Ed. note: This post is authored by Evan Jowers and

#more-16180#more... | 5.6.10e - Paint | Yahoo! Search | 8:05

ore-16180#more-16180#more-16180 - Windows Internet Explorer
http://abovethelaw.com/2010/05/rape-potpourri/#more-16180
vorites | Facebook | Meanith Huon | #more-16180#more-16...

This is gonna end badly:

> As Huon's Honda Civic crossed the Poplar Street Bridge, the victim said Huon drove past the Sauget exit and continued north on Interstate 55. As the car was moving, Huon fondled the woman, then forced her to perform oral sex on him, the victim said.

Oh come on. If somebody was driving and tried to "force" me to perform oral sex on them, I'd just get out of the stupid car. Which is to say, I'd do *exactly* what the victim did in this case:

> Huon exited Interstate 55 near New Douglas, looking, the victim said, for a secluded place to make out with her. The victim leaped from the moving car, she said, to escape Huon, leaving her cell phone, purse, shoes and identification in his car.
>
> "If he wasn't going to take me back to the freeway, I had made a decision to do anything I could to get out of that car," the victim testified.
>
> Assistant State's Attorney Chris Hoell showed pictures to the jury of the woman's bruised knees, skinned feet and cut toes.

[Ed. note: This post is authored by Evan Jowers and Robert Kinney of Kinney Recruiting, sponsor of the Asia Chronicles. Kinney has made more placements of U.S. associates and partners in Asia than any other firm in the past two years. You can reach them by email: asia at kinneyrecruiting dot com.]

Evan here. The number of US associate openings in Asia continue to increase substantially (including at two top 10 US firms coming off hiring freeze very recently), especially in HK / China, where we have been making multiple placements on a weekly basis recently. This week has been a particularly good week, with Alexis, Yuliya and I each making placements in Asia (Singapore, BJ, SHG and HK).

If you are in HK, BJ or SHG and would like to meet with Robert, Alexis or me this month, Robert and I will be in HK / China the 2nd half of May, Alexis is in Singapore next week, and she is of course based in HK permanently. Further, Yuliya (who is based in Russia) and I will be available in NYC on May 18 and I will be in NYC May 30 to June 2. If you happen to be in Las Vegas this weekend or

#more-16180#more... | 5.6.10f - Paint | Yahoo! Search | 8:05

ore-16180#more-16180#more-16180 - Windows Internet Explorer

http://abovethelaw.com/2010/05/rape-potpourri/#more-16180

vorites | Facebook | Meanith Huon | #more-16180#more-16...

> Huon exited Interstate 55 near New Douglas, looking, the victim said, for a secluded place to make out with her. The victim leaped from the moving car, she said, to escape Huon, leaving her cell phone, purse, shoes and identification in his car.
>
> "If he wasn't going to take me back to the freeway, I had made a decision to do anything I could to get out of that car," the victim testified.
>
> Assistant State's Attorney Chris Hoell showed pictures to the jury of the woman's bruised knees, skinned feet and cut toes.

Damn. If you can't get a woman to consensually stay in a moving vehicle, can you really get her to consensually agree to sex (insofar as lying to her about your job and your intentions to get her into the car counts as consensual in the first place)?

Obviously, Huon sees things differently:

> Mike Mettes, Huon's defense lawyer, said during his opening statement that Huon and the victim met, but at some point in the evening, it became social and the two of them had consensual sex. But the victim asked for $500 and threatened if Huon didn't pay her, she would "cry rape," the attorney argued

week has been a particularly good week, with Alexis, Yuliya and I each making placements in Asia (Singapore, BJ, SHG and HK).

If you are in HK, BJ or SHG and would like to meet with Robert, Alexis or me this month, Robert and I will be in HK / China the 2nd half of May, Alexis is in Singapore next week, and she is of course based in HK permanently. Further, Yuliya (who is based in Russia) and I will be available in NYC on May 18 and I will be in NYC May 30 to June 2. If you happen to be in Las Vegas this weekend or Miami next week, well I will be there too and can make myself available.

One of our top US firm clients has asked us to help them find two US securities associates interested in relocating to Sydney. The two positions will be filled by 3rd to 5th year cap markets associates, most likely coming from a top 20 US firm in New York or another major US market. The role will be entirely US securities law and not deal at all with local law (unlike which can happen in HK and other overseas markets at some firms). This US cap markets practice in Sydney is widely considered to be the best in Australia. It is an opportunity to settle down permanently in Sydney (there is career advancement potential and this firm has a track record of promoting

#more-16180#more... | 5.6.10g - Paint | Yahoo! Search

Obviously, Huon sees things differently:

Mike Mettes, Huon's defense lawyer, said during his opening statement that Huon and the victim met, but at some point in the evening, it became social and the two of them had consensual sex. But the victim asked for $500 and threatened if Huon didn't pay her, she would "cry rape," the attorney argued.

So we're not denying that she hurled herself out of a moving vehicle, we're contending that she jumped out of the car to make it look like she was raped? Right, sure. That sounds like the definition of incredible.

It seems to me that there is entirely too much (alleged) raping going on in this country. If this keeps up, men and women are going to have to start carrying around sexual consent forms on their persons.

I, the undersigned, being of sound mind and hot body, do hereby consent to affixing my \_\_\_\_\_ to the other party's \_\_\_\_\_. Such amorous undulations include, but are not limited to, \_\_\_\_\_ and \_\_\_\_\_ and all proposals will be considered so long as no animals (barnyard or otherwise) are involved.

I claim no rights to future \_\_\_\_\_ or \_\_\_\_\_ in exchange for this brief interruption in my chronic loneliness.

The role will be entirely US securities law and not deal at all with local law (unlike which can happen in HK and other overseas markets at some firms). This US cap markets practice in Sydney is widely considered to be the best in Australia. It is an opportunity to settle down permanently in Sydney (there is career advancement potential and this firm has a track record of promoting partners from within in busy overseas offices) or spend a few years getting interesting experience and then head back to US. While this position will be challenging and of course consist of long hours, a strong argument can be made that it is a better quality of life than working in biglaw in NYC. Past experience or strong connection to Australia not needed to apply for this position. Of course, we are happy to go over the opportunity in detail with you by phone / email if you are interested. I met with the hiring partner from this firm's Sydney office yesterday, as he was in the US on business. He said they are prepared to move very quickly with offers for the right two candidates, so it will not be a drawn out process. Further, this particular top US firm has a track record of moving very quickly with US associate hires in Asia.

Here is a representative list of some of our more urgent openings in Asia (there are many more than what we list here).