**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Meanith Huon
                          Plaintiff,

v.                                                   Case No.: 1:11−cv−03054
                                                      Honorable Marvin E. Aspen

Breaking Media, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 13, 2011:

      MINUTE entry before Honorable Marvin E. Aspen: Status hearing set for 6/23/2011 at 10:30 AM., in Courtroom 2525. The plaintiff is to notify th defendants of status date.judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.