# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| MEANITH HUON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 11-cv-3054 |
| | ) | |
| v. | ) | |
| | ) | |
| ABOVETHELAW.COM, et al., | ) | |
| | ) | |
| Defendants | ) | |

## ORDER

This cause coming before the Court on Plaintiff, Meanith Huon's, Motion to File Excess Pages and for Extension of Time, due notice being given, the Court being fully advised in the premises;

IT IS HEREBY ORDERED that:

1. Plaintiff is granted leave to file a responsive brief of no more than 23 pages to the Above The Law Defendants' Motion to Dismiss on or before December 12, 2011.

2. As to all Memoranda relating to Above The Law Defendants' Motion to Dismiss heretofore filed or scheduled to be filed, all parties shall file on or before December 12, 2011, a summary of no more than 15 pages of their respective Memoranda and a summary of no more than 15 pages of any exhibits to said Memoranda.

_____
Honorable Marvin E. Aspen
U.S. District Court Judge

Date: December 5, 2011