# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| MEANITH HUON, | ) | |
|         Plaintiff, | ) | |
| | ) | CIVIL ACTION NO.: |
|   -against- | ) | 1:11-CV-3054 (MEA JTG) |
| | ) | |
| GAWKER MEDIA A/K/A GAWKER.COM, | ) | |
| JEZEBEL.COM, NICK DENTON, IRIN | ) | |
| CARMON & GABY DARBYSHIRE | ) | |
| | ) | |
|         Defendants | ) | |
| | ) | |

## GAWKER DEFENDANTS' *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE SUMMARY STATEMENTS AND RESPOND TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

Defendants Gawker Media a/k/a Gawker.com, Jezebel.com, Nick Denton, Irin Carmon, and Gaby Darbyshire (collectively, "Gawker," or "Defendants") by their attorneys respectfully request that the Court extend to December 29, 2011 the deadline within which they must respond to Plaintiff Meanith Huon's ("Plaintiff") Response to Defendants' Motion to Dismiss.

    1. Late on December 11, 2011, Plaintiff filed a lengthy response to Defendants' motion to dismiss.

    2. By filing his latest motion, Plaintiff has left Defendants with less than 24 hours to respond and summarize.

    3. In light of Plaintiff's eleventh hour filing, Defendants' now seek an extension of time until December 29, 2011 to file their response and summary of the memoranda and exhibits.

4. In Plaintiff's request for extension of time, Plaintiff stated that he has no objection to an extension of time.

**WHEREFORE** the Moving Defendants respectfully request that this court enter an order extending to December 29, 2011, the time wihtin which the Moving Defendants must respond to Plaintiff's Response to Defendants' Motion to Dismiss and grant other such relief as the court should deem appropriate.

Dated: December 12, 2011

Respectfully Submitted,

GAWKER MEDIA A/K/A
GAWKER.COM, JEZEBEL.COM,
NICK DENTON, IRIN CARMON
& GABY DARBYSHIRE,

By: \_\_\_\_/S/ Daniel Lynch_____
One of their attorneys

Daniel Lynch (ARDC No. 6202499)
Lynch & Stern LLP
150 South Wacker Dr., Suite 2600
Chicago, Illinois 60606
312-346-1600 phone / 312-896-5883 fax