# Gawker Media

From Wikipedia, the free encyclopedia

**Gawker Media** is an American online media company and blog network, founded and owned by Nick Denton based in New York City. It is considered [1] to be one of the most visible and successful blog-oriented media companies. As of March 2010, it is the parent company for 11 different weblogs: Gawker.com, Fleshbot, Deadspin, Lifehacker, Gizmodo, io9, Kotaku, Jalopnik, Jezebel, Gawker.tv, and Cityfile. All Gawker articles are licensed on a Creative Commons attribution-NonCommercial license. [3]

## Contents

- 1 Revenue and traffic
- 2 History
    - 2.1 Beginnings
    - 2.2 Expansions and Contractions
    - 2.3 Sourcecode breach
    - 2.4 2011 redesign and traffic loss
- 3 List of Gawker Media weblogs
    - 3.1 Current
    - 3.2 Licensed Australian weblogs
    - 3.3 Weblogs formerly owned by Gawker
- 4 See also
- 5 References
- 6 External links



| | Gawker Media |
|---|---|
| URL | Gawker Media (http://advertising.gawker.com/) |
| Commercial? | Yes |
| Type of site | Blog network |
| Created by | Nick Denton (Publisher) |
| | Remy Stern (Gawker.com) |
| | Adam Pash (Lifehacker) |
| | Will Leitch (Deadspin) |
| | Brian Crecente (Kotaku) |
| | Jessica Coen (Jezebel) |
| | Annalee Newitz (io9) |
| | Ray Wert (Jalopnik) |
| | Joe Brown (Gizmodo) |
| | Lux Alptraum (Fleshbot) |
| Launched | January 2003 |
| Current status | Active |

## Revenue and traffic

While Denton does not go into detail over Gawker Media's finances, he has downplayed the profit potential of blogs[4], declaring that "[b]logs are likely to be better for readers than for capitalists. While I love the medium, I've always been skeptical about the value of blogs as businesses," on his personal site[5].

# Fleshbot

From Wikipedia, the free encyclopedia

**Fleshbot** is a sex-oriented weblog, published by Gawker Media. It was launched in November 2003 as the third online title from Gawker. The range of subject matter includes everything from amateur sex blogs and thumbnail gallery posts to news about sex in popular culture and advertising. The blog covers both heterosexual and homosexual erotica[1] and users have the ability to filter between the two if they choose.

Fleshbot is edited by Lux Alptraum (formerly Lux Nightmare).

Fleshbot appears on the ACMA Blacklist (see Internet censorship in Australia) that was released via Wikileaks on March 20, 2009.[2]



**Fleshbot**

Fleshbot front page

| | |
|---|---|
| URL | Fleshbot (http://www.fleshbot.com/) |
| Type of site | Pornographic |
| Available language(s) | English |
| Owner | Gawker Media |
| Launched | 2003 |

## References

1. ^ "Sex and Tech in the Fleshbot" (http://www.wired.com/culture/lifestyle/news/2003/11/61163) , b Kari Lynn Dean, *Wired*, 2003-11-14. Retrieved 2007-10-16.
2. ^ http://wikileaks.org/wiki/Australian_government_secret_ACMA_internet_censorship_blacklist,_18_Mar_2009].

## External links

- Fleshbot official web site (http://www.fleshbot.com/)

Retrieved from "http://en.wikipedia.org/w/index.php?title=Fleshbot&oldid=448148872"
Categories: Internet publication stubs | Internet properties established in 2003 | Blogs | Gawker Media | Erotica and pornography websites

---

- This page was last modified on 3 September 2011 at 02:46.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of use for details.
Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Case: 1:11-cv-03054 Document #: 96-1 Filed: 12/12/11 Page 3 of 3 PageID #:1304



**UPSKIRT**

LOGIN

SUNDAY, DEC 11, 2011

**UPSKIRT**

## What Color Are Your Panties, Ashlan Gorse?



For a moment we got really excited and thought that E!'s Ashlan Gorse wasn't wearing anything at all under her skirt, but it was just wishful thinking. Because that's clearly nude (for her) fabric, but not genuine nudity. No early Christmas gift for us.

Actually, Ashlan's sporting a lot of patches of tan here and there, which create the illusion that she's exposing both her shoulders and her pussy. Perhaps it's a strategic thing? Or a thematic one?

· Via Taxi Driver Movie (taxidrivermovie.com)

BY SAILOR RIPLEY    DEC 10, 2011 10:30 AM

Share    Like    6,826 ▲ 0 ▼



Contact Sailor Ripley:

EMAIL THE AUTHOR    COMMENT

 What Color Are Your Panties, Ashlan Gorse?

 What Color Are Your Panties, Debby Ryan?

 What Color Are Your Panties, Jessica Lowndes?

 What Color Are Your Panties, Maria Fowler? (Christmas Edition)

 What Color Are Your Panties, Courteney Cox?

 Is That Your Pussy, AnnaLynne McCord?

 Tulisa Contostavlos Is Addicted To Panty Flashing

 What Color Are Your Panties, Sophie Monk?

 What Color Are Your Panties, Nikki Reed?

 What Color Are Your Panties, Bar Rafaeli And Katy Perry?

 Can The Paparazzi Control The Breeze Around Eva Longoria's Ass?

 What Color Are Your Panties, Imogen Thomas?

 Selena Gomez Is Addicted To Panty Flashing

 What Color Are Your Panties, Lauren Goodger?

**DISCUSSION THREADS**    FEATURED    ALL

Text    Image    YouTube

CANCEL    SUBMIT