LOGIN

TOP STORIES    LATEST STORIES ▾   SUNDAY, DEC 11, 2011

NEWER STORIES...

THE GAYS   12:49 PM
We Need a New Word for 'Fag Hag'

**Xeni Jardin Live-Tweets Her First Mammogram, Is Diagnosed With Cancer**

GOSSIP ROUNDUP   11:31 AM
**Scarlett Johansson and Blake Lively Are Having a Hot Blonde Catfight**

LAW SCHOOL   11:25 AM
**Despondent Law Students Fondle Puppies for Solace**

MCDONALD'S   10:50 AM
**There Is Absolutely No Stopping the Happy Meal**

THE ECONOMY   10:40 AM
**No Big Deal but George Soros Thinks the World Economy Might Collapse**

MUSIC   10:13 AM
**The Internet's Most Hated Singer Has a Cool New Song**

**War Crimes in Video Games Draw Red Cross Scrutiny**

CIGARETTES   9:53 AM
**Only Dumb Kids Can Make Smoking Popular Again**

BLIND ITEMS   9:37 AM
**Which Actress Doesn't Know Who Is the Father of Her Baby?**

BOOKS   9:00 AM
**Is Barnes & Noble in Trouble?**

MUSIC VIDEOS   5:22 AM
**Lady Gaga Gets Naked and Goes Crazy in 'Marry the Night'**

SICK   1:25 AM
**Meet the New Faces of Evil: Craigslist's Human Hunters**

---

THE GAYS

# We Need a Word for 'Fag Hag'

BY BRIAN MOYLAN   DEC 2, 2011 12:49 PM

Share   Like   605   50,872   549

The collective gay hive mind has given all sorts of crap to people who use the f-word (as in "fag"), like Brett Ratner and Kobe Bryant, but even gay men walk around calling our closest female friends "fag hags." Well, it's time for an alternative.

I've been doing the same thing, walking around talking about and bitching about "fag hags" for years. I even called Kelly Ripa a "celebrity fag hag" yesterday. I figured if the girls called themselves that and the guys called themselves that, what's the big deal? After Gawker commenters raised some concerns, I actually thought about it. First, it's degrading to women by calling them "hags" and, if you've spent any time with the women who hang around gays in New York you'll know that they are often more attractive and well put together than the average lady.

Also, it refers to their gay friends as "fags" something we wouldn't even tolerate if Liza Minnelli called us that (maybe Judy, but not Liza!). When we toss it around to each other, that's kind of OK, but it's taken on a life of its own. Like so many other terms that once you would only hear in Chelsea or West Hollywood, "fag hag" has gotten into the mainstream, so if average (read:straight) Americans out there are using it, maybe we need something with a better message.

The problem is the alternatives all suck. Most people fight for "fruit fly," but it is so cutesy and silly and stupid. And, just like a flock of screeching bachelorettes in a gay strip club, a fly is also a pest, a nuisance. The girls that hang around with predominantly gay men usually aren't that at all. I also hate the girls who are all "my gays" or "my best gay" like their friend is some sort of accessory, like he's some bedazzled Prada purse who you take shopping and, every time you



LISTEN TO THE JINGLE. TRY TO PLAY THE MELODY.
GET IT RIGHT, GET A FREE SONG.

▶ PLAY JINGLE

LIKE A GOOD NEIGHBOR, STATE FARM IS THERE.

1 2 3 4 5 6 7 8 9

PLAY JINGLE TO UNLOCK
FREE SONG DOWNLOAD

State Farm

LOGIN

TOP STORIES          LATEST STORIES ▾   SUNDAY, DEC 11, 2011



**2012**

## Philandering Silverware Queen Declares Himself GOP Nominee

BY SETH ABRAMOVITCH

DEC 1, 2011 11:02 PM

Share    Like   119    14,413 ↑ 185

That's it, folks! Roll up the circus tents and pack up the wagons: The nationwide search for a foe worthy enough to do battle with President Obama in the 2012 presidential election is finally over. The nominee is Newt Gingrich. It's done! Over. Kaput. Newt said as much to ABC News's Jake Tapper this afternoon:

> GINGRICH: "I don't have to go around and point out the inconsistencies of people who are not going to be the nominee. They are not going to be the nominee."
>
> TAPPER: "You are going to be the nominee?"
>
> GINGRICH: "I'm going to be the nominee. It's very hard not to look at the recent polls and think that the odds are very high I'm going to be the nominee."

Wait — it's hard not to look at the recent polls and think that the odds are very high that he *will* be the nominee? Doesn't he mean it's hard not to look at the recent polls and think that the odds are very high that he *won't* be the nominee? What kind of convoluted declaration of overwhelming party support is that supposed to be, anyway? If this is the kind of mixed messages were getting this early in his campaign, Newt is all but a goner on election day. He should try not being so decisive in public; it's really not a good look on him.



**NEWER STORIES...**

2012    14,308
Philandering Silverware Queen Declares Himself GOP Nominee

 **IDIOTS**    53,952
Two BlackBerry Executives Got So Drunk, They Grounded a Jet to China

 **WE READ YOU**    19,537
Comment of the Day: Neil Patrick Harris for President

 **GUIDES**    29,141
How Much Coffee Is Safe?

 **2012**    22,587
Jewish Group Won't Let Ron Paul into Its Debate

 **TRAILER PARK**    14,625
*Dallas*: Never as Good as the First Time

 **CULTS**    30,515
Tom Cruise's Slave-Powered Scientology Birthday Party

 **GLENN BECK**    26,136
Glenn Beck Flees from Muslim-American Mogul

 **CITIES**    44,862
Saddest Cities in America Actually Seem More Fun Than Happiest

 **THE WHITE HOUSE**    226,880
A Visual History of White House Christmas Decorations

 **CHILDREN OF**    23,299
Jon Huntsman's Singing Daughters Have 'Gone Rogue'

 **FAILED STATE**    12,912
Innocuous Long Island Joke Threatens Senate Comity

 **SCIENCE**    16,384
Horny Teens Become Depressed Adults, According to Hamster Study