

# FLESHBOT

*Fleshbot Pure Filth*

LOGIN

## TOP STORIES

### Like Everything

We're in bed, we're naked. My [redacted] is hard and slipping up through her slick, split lips. I'm teasing her, refusing to enter, like a boat slowly parting waters. I want her to beg. I want to hear her talking dirty in the way I know she's been preparing to talk dirty. More »

Share +1

## LATEST STORIES

**FLESHLIGHT Girls**
# STOYA
NOW

MONDAY, DEC 5, 2011
2:30 PM

**MOVIES**
In Which Maria Ozawa Is So Topless, But Her Masks Are So Scary

**FASHION**
Irina Kulikova Is So Topless, But Her Masks Are So Scary

**TRUE SEX STORIES**
Like Everything

**TWINKS**
Who'll Get Fucked When Our Favorite Blond and Brunette


