# THIRD JUDICIAL CIRCUIT
# MADISON COUNTY, ILLINOIS

People
_____
Plaintiff/Petitioner

vs.

Meanith Huon
_____
Defendant/Respondent

No. 08

Div. CF

1496

## ORDER

Upon motion of the State, Counts III, IV & V are hereby nolle prosequi

**FILED**
MAY 03 2010
CLERK OF CIRCUIT COURT #32
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

Date _____

_____ Judge

We, the jury, find the defendant Meanith Huon not guilty of Criminal Sexual Assault (oral penetration).





FILED
MAY 06 2010
CLERK OF CIRCUIT COURT #32
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

We, the jury, find the defendant Meanith Huon not guilty of Criminal Sexual Assault (digital penetration).





FILED
MAY 06 2010
CLERK OF CIRCUIT COURT #32
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

IN THE CIRCUIT COURT
FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

FILED
MAY 07 2010

CLERK OF CIRCUIT COURT #32
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

THE PEOPLE OF THE )
STATE OF ILLINOIS, )
)
VS. ) Case No. 08-CF-1496
)
MEANITH HUON, )
)
Defendant. )
)

### JUDGE'S DOCKET ORDER

Jury Trial resumed this date following adjournment. People present by Assistant State's Attorneys Chris Hoell and Amy Chapman. Defendant appears with his attorneys, Scott Rosenblum and Mike Mettes. Motions heard. Witnesses sworn. Evidence heard. Exhibits marked and admitted. Jury Instruction Conference completed. Closing arguments presented. Jury Instructions read to the Jury. Verdicts returned by the Jury as follows, "We, the Jury, find the Defendant, Meanith Huon, not guilty of Criminal Sexual Assault (oral penetration)", and "We, the Jury, find the Defendant, Meanith Huon, not guilty of Criminal Sexual Assault, (digital penetration). Jury excused. Order of not guilty entered on the verdicts.

DATE: 5-6-10
CR: J. FARNSWORTH

_____
Hon. JANET HEFLIN
Judge Presiding

IN THE CIRCUIT COURT
FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

FILED
MAY 0 3 2010
CLERK OF CIRCUIT COURT #3
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, | ) ) ) | |
| VS | ) ) | Case No. 08-CF-1496 |
| MEAVITH HOOK, | ) ) | |
| Defendant. | ) | |

### JUDGE'S DOCKET ORDER

Jury Trial resumed this date following adjournment. People present by Assistant State's Attorneys Chris Hoell and Amy Chapman. Defendant appears with his attorneys Scott Rosenblum and Mike Metter. Motions heard. Witnesses sworn. Evidence heard. Exhibits marked and admitted. Jury Instruction Conference completed. Closing arguments presented. Jury Instructions read to the Jury. Verdicts returned by the Jury as follows: "We, the Jury, find the Defendant Meavith Hook, not guilty of Criminal Sexual Assault (oral penetration)," and "We, the Jury, find the Defendant Meavith Hook, not guilty of Criminal Sexual Assault (digital penetration). Jury excused. Order of not guilty entered on the verdicts.

DATE: 5-6-10
CR: L FARNSWORTH

_____
HON. JANET HEFLIN
Judge Presiding



A true copy of the original on file in my office
Attested to this 22 day of June 20 10
MATT MELUCI
Clerk of the Circuit Court, 3rd Judicial Circuit
Madison County, Illinois
By _____ Deputy Clerk