**THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY, ILLINOIS**

COPY

STATE OF ILLINOIS
Plaintiff/Petitioner

No. 09CF1688

vs.

Div. ____________

MEANITH HUON
Defendant/Respondent

____________

**ORDER**

Comes Now State and files a nolle prosequi in the cause in light of the jury verdict on 08CF1496 — and in response to Defendant's Motion to Dismiss

[signature]
ASA.

FILED
DEC 06 2010
CLERK OF CIRCUIT COURT #41
THIRD JUDICIAL CIRCUIT
MADISON COUNTY ILLINOIS

Date 12-6-10

[signature]
Judge

TRADES COUNCIL 513 Edwardsville