

GET EMAIL & MOBILE ALERTS  |  SUBSCRIBE ONLINE

**30°**
Clear

| Home | News | Obits | Sports | Entertainment | Area | Photos | Opinions | Info Center | Special Sections | About Us |

**DON'T MISS:** FACEBOOK/TWITTER |

**Home** > **Local News**

[GO]

ShareThis | Print Story | E-Mail Story | Font Size

Jobs   Autos   Real Estate   Classifieds

Featured Cars
THETELEGRAPH.com
- Search Online Inventory
- Sell Your Vehicle
- Search Auto Classifieds
- Research

### Mudge takes oath as judge

Carries on family tradition

December 06, 2010 9:55 PM

By SANFORD J. SCHMIDT

The Telegraph

EDWARDSVILLE - Bill Mudge, who was sworn in as a circuit judge Monday, is not the first Judge Mudge in the family, nor the first to be involved in Democratic politics or public office, and not the first lawyer in the family.

"My grandfather, Dick H. Mudge, was a circuit judge and mayor of Edwardsville," Bill Mudge said in a brief interview after his swearing-in ceremony Monday.

He keeps as a souvenir a poster from Dick Mudge's 1933 election campaign.

Bill Mudge's father, John, was an attorney for the city of Edwardsville and an assistant state's attorney. John Mudge died at a young age in a traffic crash while Bill's mother was still pregnant with him.

Bill Mudge's stepfather is Jim Gorman, a longtime attorney practicing in Edwardsville, and his brother, Steve Mudge, is a civil trial attorney.

Brother Bob Mudge is a videographer for court procedures, and brother Greg Mudge is a longtime political activist, public relations man and economic developer.

Sister Ann Gorman just won a seat on the Madison County Board and was sworn in a few hours after Bill Mudge took office.

Mudge has been a lawyer for 24 years, including 15 years in private practice and two years as assistant state's attorney, as well as a brief stint as a public defender. He served the last eight years as state's attorney.

He graduated from Saint Louis University Law School.

Chief 3rd Circuit Judge Ann Callis presided at Mudge's ceremony and gave him the oath of office. Mudge was elected to fill the slot left open by former judge Dan Stack, who decided not to run again.

Stack, who attended the ceremony Monday, said he is going on to become a trustee of a trust set up to settle asbestos-related claims against bankrupt defendants. He will be make decisions regarding the Flintkote Trust.

Just hours before Bill Mudge was sworn in as a judge, John Gibbons of Edwardsville was sworn in to replace him as state's attorney.

Chief Criminal Judge Charles Romani swore in Gibbons during a morning ceremony at the Madison County Administration Building.



enlarge
Mudge

| 0 | 1 tweet | 0 |

Recommend    retweet

Email

**Recommendations**



Missing woman found safe
229 people recommend this.

PHOTOS: The lights of Paris (Lane)
19 people recommend this.

Reward offered in Alton slaying
20 people recommend this.

Facebook social plugin

**Most Viewed Stories**

- Police blotter for Dec. 9
- Santa Claus takes town's visitors back to childhood
- Illinois Central hiring bus drivers
- Cahokia woman dies in interstate crash
- Reward offered in Alton slaying

ADVERTISEMENT


JCH Foundation    ER+ at JCH



ADVERTISEMENT


King Air Conditioning & Heating
Sales & Service
Sales & Quality Service
(click here)
618·466·7574
www.kingairconditheating.com

**Find us on Facebook**

The Telegraph
Like

7,157 people like The Telegraph.



Vernis    Starlett    Amanda    Ryan    Shelia

Prabhat    Pearline    Kaveh    Jeff    Kimberly

Facebook social plugin