| 29-2 | 26 Jul 2011 | CPD-630 |
|---|---|---|
| (Court Branch # or District #) | (Court Date/Time) | (Arresting Agency #) |

**MISDEMEANOR COMPLAINT** (This form replaces CCG-0655, CCMC-0222 & CCMC-0225)      (Rev. 12/7/00) CCCR 0655

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of State of Illinois,

                      Plaintiff

v.                                                 NO. 11231631

HUON, Meanith

                    Defendant.

_____ (Complainant's Name Printed or Typed) _____ complainant, now appears before

The Circuit Court of Cook County and states the following:

That: **HUON, Meanith** (defendant) of ███████ (address), has, on or about **April 20, 2011** (date) at the location of **1000 N. Lake Shore Drive, Chicago, Illinois** (place of offense)

committed the offense(s) of     **BATTERY-Contact of Insulting Nature**

in that he/she without legal justification, knowingly and intentionally made physical contact with ███████ while riding in a cab, in that he fondled the buttocks of ███████ after posing as a casting agent for William Morris, Inc.

In violation of **720** (Chapter) Illinois Compiled Statutes **5** (Act) / **12-3-A-2** (Sub Section)

**AOIC Code**: [ ][ ][ ][ ][ ][ ][ ]

FILED
MC-Br-29
JUL 6 2011
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

STATE OF ILLINOIS } ss:
COOK COUNTY

(Complainant's Signature)
(Complainant's Address)
(Complainant's Telephone)
(Complainant's Name Printed or Typed)

The complainant, being first duly sworn on oath, deposes and says that he/she read the foregoing complaint by him/her subscribed and that the same is true.

_____ (Complainant's Signature)

Subscribed and sworn to before me on this **05TH** day of **JULY**, **2011**

_____ (Judge or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

SUMMONS ISSUED,   Judge _____           Judge's No.
or
WARRANT ISSUED,   Bail set at: _____
or
BAIL SET AT: _____   Judge _____           Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

| 29-2 | 26 Jul 2011 | CPD-630 |
|---|---|---|
| (Court Branch # or District #) | (Court Date/Time) | (Arresting Agency #) |

**MISDEMEANOR COMPLAINT** (This form replaces CCG-0655, CCMC-0222 & CCMC-0225)

(Rev. 12/7/00) CCCR 0655

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of State of Illinois,

Plaintiff

v. NO. _____

HUON, Meanith

Defendant.

_____ (Complainant's Name Printed or Typed) _____ complainant, now appears before The Circuit Court of Cook County and states the following:

That: HUON, Meanith (defendant) of _____ (address) _____ has, on or about April 20, 2011 (date) at the location of 650 N. Dearborn, Chicago, Illinois (place of offense) committed the offense(s) of BATTERY-Contact of Insulting Nature in that he/she without legal justification, knowingly and intentionally made physical contact with _____ in that he fondled the breast of the victim after posing as a casting agent for William Morris, Inc.

in violation of 720 (Chapter) Illinois Compiled Statutes 5 (Act) / 12-3-A-2 (Sub Section)

AOIC Code

FILED
MC-Br-29
JUL 6 2011
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

STATE OF ILLINOIS }
COOK COUNTY } ss:

The complainant, being first duly sworn on oath, deposes and says that he/she read the foregoing complaint by him/her subscribed and that the same is true.

X _____ (Complainant's Signature)

Subscribed and sworn to before me on this 05TH day of JULY, 2011

_____ (Judge or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

SUMMONS ISSUED, Judge _____
or
WARRANT ISSUED, Bail set at: _____ Judge's No.
or
BAIL SET AT: _____ Judge _____ Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

| 29-2 | 26 Jul 2011 | CPD-630 |
|---|---|---|
| (Court Branch # or District #) | (Court Date/Time) | (Arresting Agency #) |

**MISDEMEANOR COMPLAINT** (This form replaces CCG-0655, CCMC-0222 & CCMC-0225)     (Rev. 12/7/00) CCCR 0655

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of State of Illinois,

                        Plaintiff

v.                                    NO. _____

HUON, Meanith

                        Defendant.

_____**[REDACTED]**_____ complainant, now appears before
(Complainant's Name Printed or Typed)

The Circuit Court of Cook County and states the following:

That: **HUON, Meanith** (defendant) of **[REDACTED]** (address) has, on or about

**April 20, 2011** (date) at the location of **650 N. Dearborn, Chicago, Illinois** (place of offense)

committed the offense(s) of **BATTERY-Contact of Insulting Nature**

in that he/she without legal justification, knowingly and intentionally made physical contact with **[REDACTED]** in that he fondled the vagina of the victim after posing as a casting agent for William Morris, Inc.

in violation of **720** (Chapter) Illinois Compiled Statutes **5** (Act) / **12-3-A-2** (Sub Section)

**AOIC Code** [ ][ ][ ][ ][ ][ ]

FILED
MC-Br-29
JUL 6 2011
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

STATE OF ILLINOIS } ss:
COOK COUNTY

(Complainant's Signature)
(Complainant's Address)
(Complainant's Telephone) **[REDACTED]**
(Complainant's Name Printed or Typed)

The complainant, being first duly sworn on oath, deposes and says that he/she read the foregoing complaint by him/her subscribed and that the same is true.

**[REDACTED]** (Complainant's Signature)

Subscribed and sworn to before me on this **05TH** day of **JULY**, **2011**

_____ (Judge or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

SUMMONS ISSUED, Judge _____ Judge's No.
or
WARRANT ISSUED, Bail set at: _____
or
BAIL SET AT: _____ Judge _____ Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

| 29-2 | 26 Jul 2011 | CPD-630 |
|---|---|---|
| (Court Branch # or District #) | (Court Date/Time) | (Arresting Agency #) |

MISDEMEANOR COMPLAINT (This form replaces CCG-0655, CCMC-0222 & CCMC-0225)     (Rev. 12/7/00) CCCR 0655

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of State of Illinois,
                           Plaintiff

v.                           NO. _____

HUON, Meanith
                           Defendant.

_____ [REDACTED] _____ complainant, now appears before
(Complainant's Name Printed or Typed)

The Circuit Court of Cook County and states the following:

That: HUON, Meanith (defendant) of [REDACTED] (address) has, on or about April 20, 2011 (date) at the location of 1000 N. Lake Shore Drive, Chicago, Illinois (place of offense)

committed the offense(s) of BATTERY-Contact of Insulting Nature

in that he/she without legal justification, knowingly and intentionally made physical contact with [REDACTED] while riding in a cab, in that he fondled the breast of [REDACTED] after posing as a casting agent for William Morris, Inc.

in violation of 720 (Chapter) Illinois Compiled Statutes 5 (Act) / 12-3-A-2 (Sub Section)

**AOIC Code**

FILED
MC-Br-29
JUL 6 2011
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

(Complainant's Signature)
(Complainant's Address)
(Complainant's Telephone)
[REDACTED]
(Complainant's Name Printed or Typed)

STATE OF ILLINOIS } ss:
COOK COUNTY }

The complainant, being first duly sworn on oath, deposes and says that he/she read the foregoing complaint by him/her subscribed and that the same is true.

_____ [signature]
(Complainant's Signature)

Subscribed and sworn to before me on this 05TH day of JULY, 2011
(Judge or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

SUMMONS ISSUED, Judge _____     Judge's No.
or
WARRANT ISSUED, Bail set at: _____
or
BAIL SET AT: _____ Judge _____     Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

CHICAGO ~E DEPARTMENT  
ARRES~ _PORT  
3510 S. Michig~. Avenue, Chicago, Illinois 60653  
(For use by Chicago Police Department Personnel Only)  
CPD-11, 42DC(REV. 6/30)

**FINAL APPROVAL**

CB #: 18180858  
IR #: 1937979  
YD #:  
RD #: HT259967  
EVENT #: 1111113014

### ARREST REPORTING

**Name:** HUON, Meanith  
**Res:** [redacted]  
**Beat:** 923  
Attorney  
**DOB:** [redacted]  
**AGE:** [redacted]  
**POB:** [redacted]  
**SSN:** [redacted]  
**DLN:** [redacted]  
**ARMED WITH** Unarmed

### INCIDENT

**Arrest Date:** 05 July 2011 15:14  
**Location:** 2452 W Belmont Ave  
Chicago, IL 60618  
292 - Government Building/Property  
**Holding Facility:** District 019 Male Lockup  
**Resisted Arrest?** No  
**TRR Completed?** No  
**Beat:** 1913  
**Total No Arrested:** 1  
**Co-Arrests**  
**Assoc Cases**  
**DCFS Ward?** No  
**Dependent Children?** No

### CHARGES

| # | | | Victim |
|---|---|---|---|
| 1 | Offense As Cited | 720 ILCS 5.0/12-3-A-2<br>BATTERY - MAKE PHYSICAL CONTACT<br>Class A - Type M | [redacted] |
| 2 | Offense As Cited | 720 ILCS 5.0/12-3-A-2<br>BATTERY - MAKE PHYSICAL CONTACT<br>Class A - Type M | [redacted] |
| 3 | Offense As Cited | 720 ILCS 5.0/12-3-A-2<br>BATTERY - MAKE PHYSICAL CONTACT<br>Class A - Type M | [redacted] |
| 4 | Offense As Cited | 720 ILCS 5.0/12-3-A-2<br>BATTERY - MAKE PHYSICAL CONTACT<br>Class A - Type M | [redacted] |

FILED  
MC-Br-29  
JUL 6 2011  
DOROTHY BROWN  
CLERK OF THE CIRCUIT COURT  
OF COOK COUNTY, IL

### RECOVERED NARCOTICS

**NO NARCOTICS RECOVERED**

Chicago P epartment - ARREST Report

CB #: 18180658
HUON, Meanith

**NO WARRANT IDENTIFIED**

Name:

DOB:
Age:

Comments:

Injured?
Deceased?
Hospitalized?

Treated and Released

**NO ARRESTEE VEHICLE INFORMATION ENTERED**

Confiscated Properties :
All confiscated properties are recorded in the e-Track System. This system can be queried by the inventory number to retrieve all official court documents related to evidence and/or recovered properties.

PROPERTIES INFORMATION FOR    HUON, Meanith,    NOT AVAILABLE IN THE AUTOMATED ARREST SYSTEM.

(The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following)
Meanith HUON turned himself in to Area Three Detectives accompanied by his attorney Kent Delgado. The victim signed complaints in that the offender who posed as Nick Kew, a casting agent for William Morris Inc., fondled her breasts, buttocks and vagina during what was suppose to be an audition for the movie Basic Instinct. HUON was advised of his Constitutional Rights and invoked same.

Name check clear-No Investigative Alerts

Has I.D.

$500.00 U.S.C.

Desired Court Date:    26 July 2011
Branch: 29-2    2452 W BELMONT - Room
Court Sgt Handle? No
Initial Court Date:   26 July 2011
Branch: 29-2    2452 W BELMONT - Room
Docket #:

Bond Date: 05 July 2011 18:10
Type:        Recognizance
Receipt #:   I7565127
Amount:      $1,000.00

Print Generated By: ROGERS, Michael ( PC0K812 )        Page 2 of 5        05 JUL 2011 06:14

Chicago P[olice] [D]epartment - ARREST Report  CB #: 18180658

HUON, Meanith

### ARRESTING OFFICER

I hereby declare and affirm, under penalty of perjury, that the facts stated herein are accurate to the best of my knowledge, information and/or belief.

| | | | |
|---|---|---|---|
| Attesting Officer: | #21103 | HEALY, B E (PC0M240) | 05 JUL 2011 16:23 |

### ARRESTING OFFICER(S)

| | | | Beat |
|---|---|---|---|
| 1st Arresting Officer: | #21117 | LA PALERMO, K A (PC0E484) | 5327 |
| 2nd Arresting Officer: | #21103 | HEALY, B E (PC0M240) | 5327 |

### APPROVING SUPERVISOR

| | | | |
|---|---|---|---|
| Approval of Probable Cause: | #257 | MAGRUDER, J G (PC0P076) | 05 JUL 2011 16:36 |



# Chicago Police Department - ARREST Report

CB #: 18180658
HUON, Meanith

Holding Facility: District 019 Male Lockup
Received in Lockup: 05 July 2011 16:48
Prints Taken: 05 July 2011 16:52
Palmprints Taken: Yes
Photograph Taken: 05 July 2011 16:51
Released from Lockup: 05 July 2011 18:12

Time Last Fed:
Time Called:
Cell #: 3-5
Phone#:
Transport Details: 1PO

| | | | |
|---|---|---|---|
| Is there obvious pain or injury? | No | Presently taking medication? | |
| Is there obvious signs of infection? | No | (If female) are you pregnant? | No |
| Under the influence of alcohol/drugs? | No | First time ever been arrested? | No |
| Signs of alcohol/drug withdrawal? | No | Attempted suicide/serious harm? | No |
| Appears to be despondent? | No | Serious medical or mental problems? | No |
| Appears to be irrational? | No | Are you receiving treatment? | No |
| Carrying medication? | No | | |

Name: REFUSED
Res:
Beat:

NO INTERVIEWS LOGGED

NO VISITORS LOGGED

Chicago Police Department - ARREST Report

CB #: 18180658
HUON, Meanith

MOVEMENT LOG INFORMATION NOT AVAILABLE

**Watch Commander Comments:**

DOES NOT APPLY TO THIS ARREST

| | | |
|---|---|---|
| Searched By: | #16095 | ESCAMILLA, V J (PC0U924) |
| Lockup Keeper: | #19879 | KUBON, R S (PC0K853) |
| Fingerprinted By: | #16095 | ESCAMILLA, V J (PC0U924) |

Beat

Final Approval of Charges: #257 MAGRUDER, J G(PC0P076) 05 JUL 2011 17:47

Beat