## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Meanith Huon
                             Plaintiff,

v.                                                    Case No.: 1:11−cv−03054
                                                   Honorable John J. Tharp Jr.

Breaking Media, et al.
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 19, 2013:

      MINUTE entry before Honorable John J. Tharp, Jr: Defendants' motion to strike [198] Plaintiff's responses to their summary judgment motions is denied. No appearance on the motion is required. The responses are within the 30 pages allotted by the Court's prior order. Pages devoted to required tables of content do not count toward page limits under the local rules. Mailed notice (air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.