# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John J. Tharp Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 3054 | **DATE** | 3/18/2013 |
| **CASE TITLE** | HUON vs. BREAKING MEDIA, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to amend/correct response in opposition to motion [196] is granted. No appearance on the motion is required. The Clerk is directed to strike the original Exhibit H to the Plaintiff's response [194] and to replace it with the corrected Exhibit H included with the motion to amend [196].

Notices mailed by Judicial staff.

| | Courtroom Deputy | air |
|---|---|---|