IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| MEANITH HUON, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.: 1: 11-cv-3054 |
| | ) ) ) | |
| DAVID LAT, et. al., | ) ) | |
| Defendants. | ) | |

### PLAINTIFF, MEANITH HUON', MOTION TO DISMISS THE ABOVE THE LAW DEFENDANTS BY STIPULATION

Plaintiff, Meanith Huon, states as follows:

1. Plaintiff, Meanith Huon, and the Defendants, Breaking Media, LLC a/k/a Breaking Media, Breaking Media, Inc. a/k/a Breaking Media, David Lat, Elie Mystal, John Lerner and David Minkin (collectively referred to as the "Above the Law Defendants"), have entered into and have finalized a Settlement Agreement.

2. Plaintiff, Meanith Huon, and one of the attorneys for the Above the Law Defendants have executed a Stipulation to Dismiss, a copy of which is attached as Exhibit "A".

3. Plaintiff, Meanith Huon, requests that this Honorable Court dismiss the Above the Law Defendants with prejudice from this action, with all parties to bear their own costs and attorneys' fees, pursuant to the Stipulation to Dismiss.

WHEREFORE, Plaintiff, requests that this Honorable Court enter the following order:

A.) Defendants, Breaking Media, LLC a/k/a Breaking Media, Breaking Media, Inc. a/k/a Breaking Media, David Lat, Elie Mystal, John Lerner and David Minkin are dismissed with prejudice from this action, with all parties to bear their own costs and attorneys' fees.

  B.)  For any other relief that the Court deems just and reasonable.

                   Respectfully Submitted,

                   By: /s/ Meanith Huon
                   Meanith Huon

Meanith Huon
ARDC No.: 6230996
PO Box 441
Chicago, IL 60690
312-405-2789
huon.meanith@gmail.com

IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MEANITH HUON,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO.: 1: 11-cv-3054 |
| | ) |
| **DAVID LAT, et. al.,** | ) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

Under penalties of law, I attest the following documents or items have been or are being electronically served on all counsel of record for all parties on September 15, 2015:

**PLAINTIFF, MEANITH HUON', MOTION TO DISMISS THE ABOVE THE LAW DEFENDANTS BY STIPULATION**

                                              Respectfully submitted,
                                              /s/ Meanith Huon
                                              Meanith Huon
                                              PO Box 441
                                              Chicago, Illinois 60690
                                              Phone: (312) 405-2789
                                              E-mail: huon.meanith@gmail.com
                                              IL ARDC. No.: 6230996