IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MEANITH HUON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 1: 11-cv-3054 |
| DAVID LAT, et. al. | ) |
| Defendants | ) |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Meanith Huon, and the Defendants, Breaking Media, Inc., f/k/a Breaking Media LLC, David Lat, Elie Mystal, John Lerner and David Minkin (the "Above the Law Defendants") that:

1. The Above the Law Defendants are dismissed with prejudice from this action, with all parties to bear their own costs and attorney's fees.

2. Nothing in this Order shall impact the status of Plaintiff, Meanith Huon's, claims or right to appeal against Gawker Media, LLC a/k/a Gawker Media, Blogwire Hungary Szellemi Alkotost Hasznosito, KFT a/k/a Kinja, KFT a/k/a Gawker Media, Gawker Media Group, Inc. a/k/a Gawker Media, Gawker Entertainment, LLC, Gawker Technology, LLC, Gawker Sales, LLC, Nick Denton, Irin Carmon, and/or Gaby Darbyshire or any other defendants.

| | |
|---|---|
| MEANITH HUON | BREAKING MEDIA, INC. f/k/a<br>BREAKING MEDIA LLC<br>DAVID LAT<br>ELIE MYSTAL<br>JOHN LERNER<br>DAVID MINKIN |
| *[signature]* | *[signature]*<br>BY ONE OF THEIR ATTORNEYS |
| DATE: September 10, 2015 | DATE: September 10, 2015 |