UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Meanith Huon
                            Plaintiff,

v.                                               Case No.: 1:11−cv−03054
                                               Honorable John J. Tharp Jr.

Breaking Media, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 16, 2015:

       MINUTE entry before the Honorable John J. Tharp, Jr:Plaintiff's motion to dismiss the ATL defendants by stipulation [267] is granted. Defendants Breaking Media, LLC a/k/a Breaking Media, Breaking Media, Inc. a/k/a Breaking Media, David Lat, Elie Mystal, John Lerner and David Minkin are dismissed with prejudice from this action, with all parties to bear their own costs and attorneys' fees. Judgment is entered in favor of the Gawker defendants. Enter Judgment Order. Case terminated. Mailed notice(air, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.