

United States District Court
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois 60604

Thomas G. Bruton, Clerk                                                                                        Office of the Clerk

September 18, 2015

Case No.: 11 CV 3054                      Case title: Meanith Huon v. Breaking Media, et al.,
Judge: John J. Tharp, Jr.

       The attached copy of the Notice of Appeal is being mailed to all parties pursuant to F.R.A.P.3 (d).

       Circuit Rule 10 provides that the entire record except for certain miscellaneous procedural documents be forwarded to the Court of Appeals. If any of the automatically excluded items need to be included in the record, counsel has until 10/8/15 to inform the Clerk of the District Court; specifying in writing which are so required and the date of their filing (i.e. Descriptive list).

       Counsel must ensure that Trial Exhibits to be included in the record which are not listed on the District Court docket and/or in the possession of the District Court Clerk are furnished to the Clerk on or before 10/8/15, together with a Exhibit List.

       F.R.A.P. 10 (b) requires that within fourteen (14) days of the filing of the Notice of Appeal, the appellant order a transcript of such parts of the proceedings not already on file which he/she deems necessary for the record. Should appellant order less than the entire transcript, he/she is required to file and serve on appellee a description of the parts he/she intends to order. Under such circumstances, appellee has fourteen (14) days after service within which to order any additional parts of the transcript. Counsel in criminal cases should also be familiar with Circuit Rule 11(a) and 11(b).

       In the event it becomes necessary to supplement the record on appeal with documents already on file with the Clerk, a court order will be required prior to any supplement being transmitted.

                                                                                          Sincerely yours,
                                                                                          Thomas G. Bruton Clerk

                                                             By:       /s/ Sheila Moore, Deputy Clerk

*INCLUDED ITEMS:* ALL BRIEFS, MEMORANDA
*ITEMS NOT INCLUDED:* NOTICE OF FILING, NOTICE OF MOTION, SUBPOENAS, SUMMONS, BONDS, STATUS HEARINGS, EXTENSIONS OF TIME, AFFIDAVITS OF SERVICE, NOTICES OF SETTING, DEPOSITION AND NOTICES, AND JURY LIST.